# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAUL DESTINE,

   Petitioner,

       v.

WARDEN DOLL,

   Respondent.

NO. 3:17-CV-1340

(JUDGE CAPUTO)

## ORDER

**NOW**, this 26th day of July, 2018, **IT IS HEREBY ORDERED** that:

(1) The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) filed by Petitioner Saul Destine is **GRANTED in part**.

(2) An Immigration Judge shall afford Petitioner an individualized bond hearing within **thirty (30) days** from the date of entry of this Order.

(3) At this hearing, the immigration judge shall make an individualized inquiry into whether detention remains necessary to fulfill the purposes of ensuring that the Petitioner attends removal proceedings and that his release will not pose a danger to the community.

(4) At this hearing, the government shall bear the burden of presenting evidence and proving that Petitioner's continued detention is necessary to fulfill the purposes of the detention statute.

(5) The Clerk of Court is directed to mark the case as **CLOSED**.

                                              /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge